FILED _____ _____ RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

**JUN 1 7 2011**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA,                  )
                                            )
9                      Plaintiff,            )
                                            )
10       v.                                  )          2:10-CR-612-HDM (GWF)
                                            )
11 PATRICK RANEY,                            )
                                            )
12 _____Defendant._____ )

13 **PRELIMINARY ORDER OF FORFEITURE**

14       This Court finds that on June 17, 2011, defendant PATRICK RANEY pled guilty to One

15 Count of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in

16 violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). Docket #__.

17       This Court finds defendant PATRICK RANEY agreed to the forfeiture of the property set forth

18 in Forfeiture Allegation of the Criminal Indictment. #1.

19       This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

20 America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

21 Criminal Indictment and the offense to which defendant PATRICK RANEY pled guilty.

22       The following assets are subject to forfeiture pursuant to Title 18, United States Code,

23 Section 924(d)(1) and Title 18, United States Code, Section 2461(c):

24       a.       Savage, Model III, 7mm caliber rifle, serial number G542492; and

25       b.       39 rounds of ammunition ("property").

26 . . .

1     This Court finds the United States of America is now entitled to, and should, reduce the

2  aforementioned property to the possession of the United States of America.

3     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4  United States of America should seize the aforementioned property.

5     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

6  PATRICK RANEY in the aforementioned property is forfeited and is vested in the United States of

7  America and shall be safely held by the United States of America until further order of the Court.

8     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

9  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

10  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

11  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

12  the name and contact information for the government attorney to be served with the petition,

13  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

15  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

17  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

18  following address at the time of filing:

19     DANIEL D. HOLLINGSWORTH
         Assistant United States Attorney
20     Nevada State Bar No. 1925
         MICHAEL A. HUMPHREYS
21     Assistant United States Attorney
         Lloyd D. George United States Courthouse
22     333 Las Vegas Boulevard South, Suite 5000
         Las Vegas, Nevada 89101

23

     . . .
24

     . . .
25

26                            2

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  property.

5    DATED this _17_ day of _June_, 2011.

UNITED STATES DISTRICT JUDGE

3