

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-612-HDM (GWF) |
| PATRICK RANEY, | ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

On July 5, 2011, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant PATRICK RANEY to a criminal offense, forfeiting specific property alleged in the Indictment and set forth in the Bill of Particulars and shown by the United States to have the requisite nexus to the offense to which defendant PATRICK RANEY pled guilty. Docket #1, #23, #25, #27.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 9, 2011, through August 7, 2011, notifying all third parties of their right to petition the Court. #28.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    Savage, Model III, 7mm caliber rifle, serial number G542492;

    b.    Benelli, Model NOVA, 12 gauge shotgun, serial number Z437913;

    c.    Mossberg Model 500A, 12 gauge shotgun, serial number R676970;

    d.    Maverick, Model 88, 12 gauge shotgun, serial number MV76909B; and

    e.    any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 9th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE